FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RICHARD T. NICKLES, DEFENDANT(S). | CASE NUMBER SA10-265M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **July 21,** , **2010** , at **10:00** ☒ a.m. / ☐ p.m. before the Honorable **Marc L. Goldman** , in Courtroom **6A** .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: 7/16/10

**MARC L. GOLDMAN**
U.S. District Judge/Magistrate Judge